IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ANDREA R. FIELDS,**

**Defendant.**                                                  No. 10-30066-DRH

## ORDER

**HERNDON, Chief Judge**:

Pending before the Court is Fields' motion to appoint expert (Doc. 29). The Court **GRANTS** the motion. The Court **ALLOWS** Fields to obtain an expert in this matter. The Court permits Fields to expend up to $2,400.00 in expert fees. If the expert seeks to exceed a fee in that amount, counsel shall seek approval with the Seventh Circuit Court of Appeals, through the undersigned, before obligating himself. The Court notes that it is not addressing the merits of Fields' argument regarding what the statute requires the Government to prove, but is granting Fields' request to hire an expert to pursue the legal defense she desires as outlined in her motion.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2010.

/s/ David R Herndon
**Chief Judge**
**United States District Court**