IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**ANDREA R. FIELDS,**

**Defendant.**                                         No. 10-30066-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant Fields' June 28, 2011 motion to continue trial proceeding (Doc. 64). Defendant states that she needs additional time to proceed toward disposition, including time to prepare pretrial motions or plea agreement. The Court being fully advised in the premises finds that Fields needs additional time. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

Therefore, the Court **GRANTS** defendant Fields' motion to continue trial proceeding (Doc. 64). The Court **CONTINUES** the jury trial scheduled for July 5, 2011 to August 22, 2011 at 9:00 a.m. The time from the date the original motion

was filed, June 28, 2011, until the date to which the trial is rescheduled, August 22, 2011, is excludable time for the purposes of speedy trial.

Should either, party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 29th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.29 11:06:40 -05'00'

**Chief Judge**
**United States District Court**